**Opinion filed July 23, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00144-CV

_____

### ALLEN GLENN THOMAS, Appellant

### V.

### TEXAS DEPARTMENT OF
### CRIMINAL JUSTICE OFFICERS, Appellees

**On Appeal from the Justice Court**
**Jones County, Texas**
**Trial Court Cause No. 2113**

### M E M O R A N D U M   O P I N I O N

Allen Glenn Thomas, Appellant, filed a pro se notice of appeal in this court on June 26, 2015. In the notice of appeal, Appellant states that he is appealing to this court from an order of dismissal entered on June 17, 2015, by the judge of the Justice of the Peace-Small Claims Court of Jones County. We notified Appellant by letter dated June 26, 2015, that it did not appear to this court that we had

jurisdiction in this matter, and we requested that Appellant file a response showing grounds to continue this appeal. Appellant filed a response but has not shown grounds upon which this appeal may continue.

An appeal to this court may be taken "from a final judgment of the district or county court." TEX. CIV. PRAC. & REM. CODE ANN. § 51.012 (West 2015). An appeal from a justice court lies not in the court of appeals but in either the county court or district court, where a trial de novo is to take place. *See id.* § 51.001; TEX. GOV'T CODE ANN. § 26.042(e) (West Supp. 2014); TEX. R. CIV. P. 506. A notice of appeal from a judgment of the justice court does not invoke this court's appellate jurisdiction. *Tejas Elevator Co. v. Concord Elevator, Inc.*, 982 S.W.2d 578 (Tex. App.—Dallas 1998, no pet.). Appellant's appeal is, thus, subject to dismissal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

This appeal is dismissed for want of jurisdiction.


PER CURIAM


July 23, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.